## MEDTRICA SOLUTIONS LTD., A Canada Corporation, Plaintiff–Appellee

v.

## CYGNUS MEDICAL, LLC, A Connecticut Limited Liability Company, Defendant–Appellant

v.

## Steris Corporation, An Ohio Corporation, Defendant– Appellee.

### No. 2014–1400.

United States Court of Appeals, Federal Circuit.

March 6, 2015.

Rod Steven Berman, Jeffer, Mangels, Butler & Marmaro, LLP, Los Angeles,

CA, argued for plaintiff-appellee, defendant-appellee. Also represented by Jessica Bromall Sparkman for plaintiff-appelle; Michael John Estok, Lindsay Hart, LLP, Portland, OR, for defendant-appellee.

Benjamin J. Lehberger, St. Onge Steward Johnston & Reens, LLC, Stamford, CT, argued for defendant-appellant. Also represented by Wesley W. Whitmyer, Stephen Ball.

TARANTO, MAYER, and HUGHES, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**